NO. 12-03-00191-CR


 

IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




DEWITT R. THOMAS,
§
 APPEAL FROM THE 402ND

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 WOOD COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 Appellant pleaded guilty to the offense of assault on a public servant. The trial court assessed
punishment at imprisonment for eight years. We have received the trial court's certification showing
that Appellant has no right of appeal. See Tex. R. App. P. 25.2(c)(3)(B). Accordingly, the appeal
is dismissed for want of jurisdiction.

Opinion delivered July 9, 2003.

Panel consisted of Worthen, C.J. and Griffith, J.







DO NOT PUBLISH